1  **KRONENBERGER ROSENFELD, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
3  Jeffrey M. Rosenfeld (Bar No. 222187)
   Virginia A. Sanderson (Bar No. 240241)
4  150 Post Street, Suite 520
   San Francisco, CA 94108
5  Telephone:  (415) 955-1155
   Facsimile:    (415) 955-1158
6  karl@KRInternetLaw.com
   jeff@KRInternetLaw.com
7  ginny@KRInternetLaw.com

8  Attorneys for Plaintiff

9

10

11                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
12

13

14

15  **NATIONAL PHOTO GROUP, LLC**,      Case No.
    a limited liability company,
16                                       **CV12-03199**
                   Plaintiff,
17                                       **COMPLAINT FOR:**
                                         1) **COPYRIGHT**
18                                          **INFRINGEMENT; AND**
         vs.                             2) **CONTRIBUTORY**
19                                          **COPYRIGHT**
                                            **INFRINGEMENT.**
20
    **THEFASHIONSPOT, LLC**, a limited
21  liability company, and **DOES 1-10**,  **DEMAND FOR JURY TRIAL**
    inclusive,
22
                   Defendants.
23

24

25

26

27

28

Case No.                                                        COMPLAINT

Plaintiff National Photo Group, LLC, by and through its undersigned counsel, states and alleges as follows:

## INTRODUCTION

1. Plaintiff National Photo Group, LLC ("NPG") provides entertainment-related photojournalism goods and services. In particular, NPG owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications. NPG's portfolio of celebrity photographs are the bread and butter of its business.

2. NPG has obtained U.S. copyright registrations covering many of its celebrity photographs, and others are the subject of pending copyright applications.

3. Defendant TheFashionSpot, LLC ("TFS") owns and operates a website dedicated to fashion trends, including celebrity fashion.

4. On numerous occasions, without permission or authorization from NPG, TFS copied, modified, and displayed NPG's celebrity photographs on TFS's website.

5. TFS engaged in this misconduct knowingly and in violation of the United States copyright laws.

6. NPG has been substantially harmed as a result of TFS's misconduct.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331. The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. § 1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

//

8. This Court has personal jurisdiction over TFS because TFS is located, and maintains its principal place of business, within California and this judicial district.

9. Venue is proper under 28 U.S.C. § 1391(a)(2) because this is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

## PARTIES

10. NPG is a California limited liability company and maintains its principal place of business Los Angeles, California.

11. Upon information and belief, TheFashionSpot, LLC is a California limited liability company that maintains its principal place of business in Los Angeles, California.

12. NPG does not know the true names and capacities, whether individual, associate, corporate or otherwise, of Defendants sued herein as Does 1-10 inclusive, and NPG therefore sues said Defendants by such fictitious names.

13. NPG will amend this complaint to state the true names and capacities of the Defendants once they have been discovered. NPG is informed and believes, and, on that basis, alleges that each Defendant sued herein by a fictitious name is in some way liable and responsible to NPG based on the facts herein alleged.

## FACTUAL ALLEGATIONS

### NPG's Business

14. NPG provides entertainment-related photojournalism goods and services. In particular, NPG owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

15. NPG has invested significant time and money in building its celebrity photograph portfolio. Due to the quality of its celebrity

photographs, NPG has developed an impressive list of clients including some of the most-recognized names in celebrity reporting ("NPG's Clients").

### NPG's Copyrights

16. NPG has obtained U.S. copyright registrations covering many of its celebrity photographs, and others are the subject of pending copyright applications.

17. NPG's celebrity photographs are original, creative works in which NPG owns protectable copyright interests.

18. NPG owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover NPG's celebrity photographs.

19. For example, on March 17, 2011, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-764-422, which included a series of photographs of actor Katie Holmes (the "Holmes Photographs").

20. On March 17, 2011, NPG also obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-764-423, which included a series of photographs of actor Alexander Skarsgård (the "Skarsgård Photographs").

21. On October 11, 2011, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-793-253, which included a photograph of actor Alex Pettyfer (the "Pettyfer Photograph").

22. On December 13, 2011, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-799-254, which included a series of photographs of actor Jennifer Love Hewitt (the "Hewitt Photographs").

//

23. On November 29, 2011, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-796-348, which included a series of photographs of actor Dianna Agron (the "Agron Photographs").

24. On January 23, 2012, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-806-569, which included a series of photographs of actor Angelina Jolie (the "Jolie Photographs").

25. On February 15, 2012, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-806-557, which included a series of photographs of actor Isabel Lucas (the "Lucas Photographs").

26. The Holmes Photographs, the Skarsgård Photographs, the Pettyfer Photograph, the Hewitt Photographs, the Agron Photographs, the Jolie Photographs, and the Lucas Photographs are referred to collectively herein as the "Photographs."

27. NPG's copyrights in the each of the Photographs are referred to collectively herein as the "Copyrights."

### TFS's Website

28. TFS is the registered owner of the website located at <thefashionspot.com> (the "Website"). On information and belief, TFS operates the Website and is responsible for all Website content.

29. The Website provides articles and other information about fashion, and includes an entire section entitled "Celebrity Fashion."

30. The Website is monetized in that it contains paid advertisements and a "Shop" section that provides photos of merchandise and links to third-party websites where said merchandise can be purchased. On information

Case No.                                4                                COMPLAINT

and belief, TFS profits from its paid advertisements, including the merchandise advertisements contained in the Shop.

31. The Website includes a "Community," or forum section, where TFS employees, agents, representatives, and users of the Website communicate with each other, via posts, regarding, among other things, celebrity fashion. The forums are organized by topic, which topics include individual celebrities. Indeed, many of the forums are titled with the name of a particular celebrity, such as "Katie Holmes."

32. Each forum on the Website is assigned a moderator. On information and belief, the forum moderators are employees, agents, and/or representatives of TFS who engage in review and modification of the content of the material posted in the Website forums. In response to a Website FAQ entitled "What is a Moderator?," TFS explains that moderators "generally have the ability to edit and delete posts, move threads, and perform other manipulations" to forum content.

33. When a user posts to a Website forum, their user name, a tally of the times they have posted on the Website, and any special status they have earned—such as "V.I.P." status—are displayed alongside their post. Accordingly, TFS encourages users to post repeatedly to increase their clout among other users.

### TFS's Misconduct

34. When it comes to discussing fashion, the adage "A picture is worth a thousand words" certainly holds true. Copyrighted images copied from other Internet locations are frequently posted on the Website to generate commentary.

35. Copyright infringement is particularly rampant in the Website's forums dedicated to individual celebrities. There, <u>nearly every single post</u> of the hundreds of posts that comprise each forum includes images that were

most likely copied from other Internet websites and reposted on the Website in violation of the copyright holders' rights. To state it differently, it is highly unlikely that the countless celebrity images posted in the Website's forums were posted by the copyright owners or their licensees.

36. On information and belief, the Website's forums include tens of thousands of instances of copyright infringement, if not more. Similarly, on information and belief, at least 75% of the content of the Website forums dedicated to discussing individual celebrities, if not substantially more, includes instances of copyright infringement.

37. TFS is aware of the facts or circumstances which makes this infringing activity apparent. In fact, TFS encourages the unbridled copyright infringement on the Website by inviting users to upload photographs and other material to engender discussion about celebrity fashion and specific celebrities. In doing so, TFS increases both its traffic and its advertising revenue.

38. On numerous occasions, without permission or authorization from NPG, TFS copied, modified, and displayed NPG's celebrity photographs on TFS's website, in violation of NPG's copyrights.

39. For example, on or about January 26, 2011, the Holmes Photographs were posted on the Website in a forum entitled "Katie Holmes." The Holmes Photographs were posted by "alicia753," who, at the time of the infringement, was credited with "V.I.P." status and over 24,000 prior posts on the Website.

40. On or about February 2, 2011, the Lucas Photographs were posted on the Website in a forum entitled "Isabel Lucas." The Lucas Photographs were posted by "RoseMary," who, at the time of the infringement, was credited with "Mod Squad Member" status and over 33,000 prior posts on the Website. On information and belief, a "Mod Squad

Member" is a Website moderator. Thus, on information and belief, "RoseMary" is an employee, agent, or representative of TFS.

41. On or about February 6, 2011, the Skarsgård Photographs were posted on the Website in a forum entitled "Alexander Skarsgård." The Skarsgård Photographs were posted by "Alvendansen," who, at the time of the infringement, was credited with "V.I.P." status and over 12,000 prior posts on the Website.

42. On or about October 14, 2011, the Pettyfer Photograph was posted on the Website in a forum entitled "Alex Pettyfer." The Pettyfer Photograph was posted by "Kenysha75," who, at the time of the infringement, was credited with "V.I.P." status and over 5,000 prior posts on the Website.

43. On or about November 23, 2011, the Agron Photographs were posted on the Website in a forum entitled "Dianna Agron." The Agron Photographs were posted by Website user "Alvedansen," who, at the time of the infringement, was credited with "V.I.P." status and over 14,000 prior posts on the Website.

44. On or about December 13, 2011, the Hewitt Photographs were posted on the Website in a forum entitled "Jennifer Love Hewitt." The Hewitt Photographs were posted by "MorganJade," who, at the time of the infringement, was credited with "TFS Star" status and over 1,800 prior posts on the Website.

45. On or about December 15, 2011, the Hewitt Photographs were again posted on the Website in the "Jennifer Love Hewitt" forum. This time, the Hewitt Photographs were posted by Website user "Emilee," who, at the time of the infringement, was credited with "V.I.P." status and over 43,000 prior posts on the Website.

//

46. On or about January 23, 2012, the Jolie Photographs were posted on the Website in a forum entitled "Angelina Jolie." The Jolie Photographs were posted by Website user "Cherry Darling," who, at the time of the infringement, was credited with "front row" status and over 400 prior posts on the Website.

47. On information and belief, the Photographs were copied from the websites of NPG's Clients and reposted on the Website without license or permission, thereby infringing on NPG's Copyrights (the "Infringement").

48. On information and belief, TFS was aware of the facts or circumstances which made the Infringement apparent. Copyright infringement on the Website, particularly in the forums, is rampant and readily apparent to anyone who views the Website. In addition, TFS has employed, or has appointed as its representatives and agents, forum moderators to review and modify the forum content, thereby making itself aware of the prevalence of copyright infringement. On information and belief, at least one of the posters of the Photographs, RoseMary, was a TFS moderator at the time of the infringing post. Finally, as the user profiles for "alicia753," "RoseMary," "Alvendansen," "Kenysha75," "MorganJade," "Emilee," and "Cherry Darling," demonstrate, TFS permits users to repeatedly post infringing content without reprimand or disabling of their accounts. To the contrary, TFS rewards such users with special statuses. Based on the totality of these circumstances, TFS cannot claim that it is not aware of the widespread infringing activities, including the Infringement of NPG's Copyrights, on the Website. Such a claim would amount to willful blindness on the part of TFS.

49. Because TFS, through its appointed moderators, engages in modification of the infringing content uploaded by users to the Website forums, and because TFS either has actual knowledge of infringing activity

on the Website, or is aware of facts or circumstances from which infringing activity is apparent on the Website, TFS is not entitled to the so-called "Safe Harbor" protections of the Digital Millennium Copyright Act, 17 U.S.C. § 512.

50. On information and belief, TFS engaged in the Infringement knowingly and in violation of United States copyright laws.

51. On information and belief, TFS has received a financial benefit directly attributable to the Infringement. Specifically, by way of the Infringement, TFS increased traffic to the Website and, in turn, its advertising revenues.

52. As a result of TFS's misconduct, NPG has been substantially harmed.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501 et seq.)

53. NPG repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

54. The Photographs are original, creative works in which NPG owns protectable copyright interests.

55. NPG owns the copyright for the Photographs and has applied for copyright registrations with the Unites States Copyright Office covering the Photographs, which are Registration Nos. VA 1-764-422, VA 1-764-423, VA 1-793-253, VA 1-799-254, VA 1-796-348, VA 1-806-557, and VA 1-806-569.

56. NPG has not licensed TFS or any of its users to use the Photographs in any manner, nor has NPG assigned any of its exclusive rights in NPG's Copyrights to TFS.

57. Without permission or authorization from NPG, and in willful violation of NPG's rights under 17 U.S.C. § 106, TFS reproduced the Photographs.

//

58. On information and belief, without permission or authorization from NPG, and in willful violation of NPG's rights under 17 U.S.C. § 106, TFS displayed the Photographs on the Website.

59. TFS's reproduction of the Photographs, and display of the Photographs on the Website constitute copyright infringement.

60. On information and belief, thousands of people have viewed the unlawful copies of the Photographs on the Website.

61. On information and belief, TFS had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of NPG's copyrighted material.

62. TFS's copyright infringement has damaged NPG in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF

### (Contributory Copyright Infringement)

63. NPG repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

64. NPG is informed and believes, and on that basis alleges, that TFS participated in the Infringement by, and in addition to the conduct discussed above, financially benefiting from the Infringement of NPG's Copyrights in the Photographs with the knowledge that "alicia753," "RoseMary," "Alvendansen," "Kenysha75," "MorganJade," "Emilee," and "Cherry Darling" did not have any rights in the Photographs.

65. On information and belief, TFS provided the means by which "alicia753," "RoseMary," "Alvendansen," "Kenysha75," "MorganJade," "Emilee," and "Cherry Darling" infringed NPG's Copyrights in the Photographs by maintaining the "Katie Holmes," "Isabel Lucas," "Alexander Skarsgård," "Alex Pettyfer," "Dianna Agron," "Jennifer Love Hewitt," and

Case No. 10 COMPLAINT

"Angelina Jolie" forums, and by permitting the Photographs to be posted in said forums.

66. TFS's contributory copyright infringement has damaged NPG in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, NPG respectfully requests judgment as follows:

1. That the Court enter a judgment finding that TFS has infringed on NPG's Copyrights in the Photographs in violation of 17 U.S.C. § 501 et seq.;

2. That the Court award damages and monetary relief as follows:
   a. Statutory damages against TFS pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or in the alternative NPG's actual damages and TFS's wrongful profits in an amount to be proven at trial;
   b. NPG's attorneys' fees pursuant to 17 U.S.C. § 505;
   c. NPG's costs; and

3. Such other relief that the Court determines is just and proper.

Respectfully Submitted,

DATED: April 10, 2012

KRONENBERGER ROSENFELD, LLP

By: /s/ Virginia Sanderson
Virginia Sanderson

Attorneys for Plaintiff

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.

DATED: April 10, 2012            KRONENBERGER ROSENFELD, LLP

                                 By: _____
                                      Virginia Sanderson

                                 Attorneys for Plaintiff


AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| NATIONAL PHOTO GROUP, LLC, a limited liability company,<br>*Plaintiff*<br>v.<br>THEFASHIONSPOT, LLC, a limited liability company, and DOES 1-10, inclusive,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CV12-03199 H<br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    THEFASHIONSPOT, LLC
c/o DOUGLAS W SCHWARTZ
10866 WILSHIRE BLVD STE 1500
LOS ANGELES CA 90024-4357

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Karl S. Kronenberger
KRONENBERGER ROSENFELD, LLP
150 Post St., Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 1 2 2012                                              *CLERK OF COURT*

Date: _____                      _____
                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| NATIONAL PHOTO GROUP, LLC, a limited liability company | THEFASHIONSPOT, LLC, a limited liability company, and DOES 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Virginia Sanderson, KRONENBERGER ROSENFELD, LLP<br>150 Post Street, Suite 520<br>San Francisco, CA 94108, (415) 955-1155 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement, 17 U.S.C. § 501 et seq

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| | | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

CV12-03199

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)        CIVIL COVER SHEET        Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date April 10, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |