KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL PHOTO GROUP, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THEFASHIONSPOT, LLC, a limited liability company, and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 2:12-cv-03199-DDP-AGR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1  IT IS HEREBY STIPULATED between Plaintiff National Photo Group, LLC and Defendant TheFashionSpot, LLC (collectively, the "Parties"), that the above-captioned action and all claims against Defendants are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: November __, 2012          **KRONENBERGER ROSENFELD, LLP**

By: _____
     Virginia Sanderson

Attorneys for Plaintiff

DATED: November 21, 2012          **BRYAN CAVE LLP**

By: _____
     Aileen M. Hunter

Attorneys for Defendant